MICHAEL L. SHIRTS, ESQ.
Nevada Bar No. 10223
DIMOPOULOS INJURY LAW
6671 South Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
O: (702) 800-6000
F: (702) 224-2114
ms@stevedimopoulos.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON PROCTOR,<br><br>   Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>   Defendants. | CASE NO.: 2:23−cv−01513−JAD−EJY<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>*First Request* |

   COME NOW, Plaintiff, JASON PROCTOR, by and through his counsel of record, Dimopoulos Law Firm, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, Carmen Cooney Forbush, hereby stipulate to extend all discovery deadlines, including for the Parties to serve their disclosure of experts and expert reports for a period of approximately ninety (90) days.

   1.   The Parties experienced unforeseeable delays initiating discovery due to change of counsel.

   2.   During the course of discovery, Defendant recently disclosed an additional 3,862 pages of records on June 26, 2024 that are at the crux of several claims and defenses asserted herein that must be reviewed and analyzed by experts on each side before the upcoming expert disclosure deadlines.

   3.   The Parties are actively discussing resolution and may need to engage in a second mediation to resolve this matter.

   4.   The Parties need additional time to resolve this matter before engaging in costly expert discovery.

5. The Parties hereby stipulate to the proposed discovery deadlines:

| Deadline | Old Date | New Date |
|---|---|---|
| Initial Expert Disclosures | August 19, 2024 | November 19, 2024 |
| Rebuttal Expert Disclosures | September 18, 2024 | December 19, 2024 |
| Discovery Cut-off | October 18, 2024 | January 16, 2025 |
| Dispositive Motion Deadline | November 15, 2024 | February 15, 2025 |

DATED this 30th day of July, 2024

DIMOPOULOS LAW FIRM

/s/ Michael L. Shirts
MICHAEL L. SHIRTS, ESQ.
Nevada Bar No. 10223
6671 South Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
ms@stevedimopoulos.com
*Attorneys for Plaintiff Jason Proctor*

CARMAN COONEY FORBUSH PLLC

/s/ Sean D. Cooney
SEAN COONEY, ESQ.
Nevada Bar No. 12945
4045 Spencer Street, Suite A47
Las Vegas, NV 89119
Seanc@ccfattorneys.com
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

// //

// //

// //

// //

// //

**ORDER**

The Court, having considered the Parties' Stipulation to Extend Time for Discovery, and good cause appearing, hereby ORDERS that Discovery deadlines be continued as follows:

| Deadline | Old Date | New Date |
| --- | --- | --- |
| Initial Expert Disclosures | August 19, 2024 | November 19, 2024 |
| Rebuttal Expert Disclosures | September 18, 2024 | December 19, 2024 |
| Discovery Cut-off | October 18, 2024 | January 16, 2025 |
| Dispositive Motion Deadline | November 15, 2024 | February 15, 2025 |

IT IS SO ORDERED.

Dated this 8th day of August, 2024.

By _____
Hon. Elayna J. Youchah
U.S. Magistrate Judge


DIMOPOULOS
INJURY LAW