

| | |
|---|---|
| 1 | MICHAEL L. SHIRTS, ESQ. |
| | Nevada Bar No. 10223 |
| 2 | DIMOPOULOS INJURY LAW |
| | 6671 South Las Vegas Boulevard, Suite 275 |
| 3 | Las Vegas, Nevada 89119 |
| | O: (702) 800-6000 |
| 4 | F: (702) 224-2114 |
| | ms@stevedimopoulos.com |
| 5 | *Attorney for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON PROCTOR, | CASE NO.:  2:23−cv−01513−JAD−EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, | *Second Request* |
| Defendants. | |

  COME NOW, Plaintiff, JASON PROCTOR, by and through his counsel of record, Dimopoulos Law Firm, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, Carmen Cooney Forbush, hereby stipulate to extend all discovery deadlines, including for the Parties to serve their disclosure of experts and expert reports for a period of approximately ninety (90) days.

  1. The Parties experienced unforeseeable delays initiating discovery due to change of counsel.

  2. During the course of discovery, Defendant recently disclosed an additional 3,862 pages of records on June 26, 2024, that are at the crux of several claims and defenses asserted herein that must be reviewed and analyzed by experts on each side before the upcoming expert disclosure deadlines.

  3. The Parties are actively discussing resolution and may need to engage in a second mediation to resolve this matter, which the parties intend to schedule in mid-November to early December 2024.

Page 1 of 3

4. Scheduling depositions of the plaintiff and State Farm's personnel have encountered difficulty and have not yet been completed.

5. The Parties need additional time to resolve this matter before engaging in costly expert discovery.

6. The Parties hereby stipulate to the proposed discovery deadlines:

| Deadline | Old Date | New Date |
| --- | --- | --- |
| Initial Expert Disclosures | November 19, 2024 | January 19, 2025 |
| Rebuttal Expert Disclosures | December 18, 2024 | February 19, 2025 |
| Discovery Cut-off | January 16, 2025 | March 16, 2025 |
| Dispositive Motion Deadline | March 16, 2025 | April 16, 2025 |

DATED this 15th day of October, 2024

DIMOPOULOS LAW FIRM

/s/ Michael L. Shirts
MICHAEL L. SHIRTS, ESQ.
Nevada Bar No. 10223
6671 South Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
ms@stevedimopoulos.com
*Attorneys for Plaintiff Jason Proctor*

CARMAN COONEY FORBUSH PLLC

/s/ Sean Cooney
SEAN COONEY, ESQ.
Nevada Bar No. 12945
4045 Spencer Street, Suite A47
Las Vegas, NV 89119
Seanc@ccfattorneys.com
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

// //

**ORDER**

The Court, having considered the Parties' Stipulation to Extend Time for Discovery, and good cause appearing, hereby ORDERS that Discovery deadlines be continued as follows:

| Deadline | Old Date | New Date |
| --- | --- | --- |
| Initial Expert Disclosures | November 19, 2024 | January 19, 2025 |
| Rebuttal Expert Disclosures | December 18, 2024 | February 19, 2025 |
| Discovery Cut-off | January 16, 2025 | March 16, 2025 |
| Dispositive Motion Deadline | March 16, 2025 | April 16, 2025 |

IT IS SO ORDERED.

Dated this 15th Day of October, 2024.

By _____
Hon. Elayna Youcah
Magistrate Judge