1  **SEAN D. COONEY, ESQ.**
   NV Bar # 12945
2  **CARMAN COONEY FORBUSH PLLC**
   4045 Spencer Street Suite A47
3  Las Vegas, NV 89119
   Telephone: (702) 421-0111
4  Facsimile: (702) 516-1033
   service@ccfattorneys.com
5  Attorneys for Defendant
   State Farm Mutual Automobile Insurance Company

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| JASON PROCTOR, individually, | 2:23-cv-01513-JAD-EJY |
| Plaintiff, | **STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, | ECF No. 21 |
| Defendants | |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Jason Proctor and Defendant State Farm Mutual Automobile Insurance Company by and through their respective counsel of record, that the entire matter be dismissed with prejudice, each party to bear their own fees and costs.

///

///

It is further stipulated that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

DATED February 26, 2025

**CARMAN COONEY FORBUSH PLLC**

/s/ Sean D. Cooney

SEAN D. COONEY, ESQ.
Attorneys for Defendant
State Farm Mutual Automobile
Insurance Company

DATED February 26, 2025

**DIMOPOULOS INJURY LAW**

/s/Michael Shirts

STEVE DIMOPOULOS, ESQ.
MICHAEL SHIRTS, ESQ.
Attorneys for Plaintiff
Jason Proctor

## ORDER

Based on the parties' stipulation **[ECF No. 21]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
UNITED STATES DISRICT JUDGE
2-27-25